IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:                                                    Case No. 13-17459

Andre L. Allen,                                           Judge Arthur I. Harris
Tekeeta J. Gresham,
                                                          Chapter 7 Case
          Debtor(s).


### TRUSTEE'S MOTION FOR ORDER DIRECTING DEBTOR(S) TO TURN OVER PROPERTY OF THE ESTATE

Lauren A. Helbling, Trustee herein, respectfully moves the Court for the entry of an

Order directing the debtor(s) to turn over property of the estate and, in support of this motion,

states as follows:

1.       This case was commenced by the filing of a voluntary petition under Chapter 7 of

the Bankruptcy Code on October 23, 2013.

2.       At the time of the commencement of this bankruptcy case, the debtor(s) was due

an account receivable of $4,775.49.

The above-referenced asset is property of the estate pursuant to the provisions of §541 of

the Bankruptcy Code and subject to turn over pursuant to the provisions of §542 of the

Bankruptcy Code.

WHERERFORE, your Trustee prays that this motion be granted and that the debtor(s) be

directed to turn over to the Trustee the sum of $4,775.49 representing a non-exempt account

receivable within thirty (30) days of execution of the Order granting this motion.

/s/Lauren A. Helbling (0038934)
Lauren A. Helbling Co. LPA
1370 Ontario St., #450
Cleveland, OH 44113
Tel 216/781-1164 Fax 216/575-1405
lauren@helblinglpa.com

## **CERTIFICATE OF SERVICE**

      The undersigned does hereby certify that a true and correct copy of the foregoing Motion for Order Directing Debtor(s) to Turnover Property of the Estate was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

      Mark H. Knevel, Esq., on behalf of Debtor, at **mknevel@knevel.com**

      U.S. Trustee (Registered address)@usdoj.gov

And by regular U.S. Mail, postage pre-paid, to all parties in interest on the attached service list this 22nd day of January, 2014.

      /s/Lauren A. Helbling (0038934)

Andre Lamar Allen
Tekeeta J. Gresham
4407 Green Road
Warrensville Heights, OH 44128